DOCKET#
U.S. DISTRICT COURT
WEST DIST. OF WISCONSIN

APR 2 2 2009

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                         Case No. 09-cv-54

MARCIA CREAMER,

    Defendant.

---

## ENTRY OF DEFAULT

---

Plaintiff requests that the Clerk of Court enter default against defendant Marcia Creamer, pursuant to Federal Rule of Civil Procedure 55(a).  It appearing from the record that defendant has failed to appear, plead or otherwise defend, the default of defendant Marcia Creamer is hereby entered pursuant to Federal Rule of Civil Procedure 55(a).

Dated this 22d day of April, 2009.

                                                          _Peter Oppeneer_
                                                          Peter Oppeneer, Clerk of Court