IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                      Case No. 09-cv-54

MARCIA CREAMER,

    Defendant.

---

## DEFAULT JUDGMENT

---

It appearing by the declaration of counsel for the plaintiff that the defendant has failed to appear, plead, or otherwise defend as provided in the Federal Rules of Civil Procedure, the defendant's default is hereby entered.

A default having been entered against the defendant, and counsel for the plaintiff having requested judgment against the defaulted defendant and having filed a proper declaration in accordance with Rule 55 of the Federal Rules of Civil Procedure;

Judgment is rendered in favor of plaintiff, United States of America, and against the defendant, Marcia Creamer, as follows:

| | |
|---|---|
| Principal | $2,500.00 |
| Interest through October 8, 2008 | $3,011.18 |
| Interest from October 9, 2008 through April 20, 2009 | $ 106.70 |
| TOTAL | $5,617.88 |

together with interest there on at the rate of 8% per annum until the date judgment is entered, a civil filing fee of $350.00, plus interest on the judgment at the legal rate until

satisfaction of the debt, and for all future fees, costs, and disbursements.

Approved as to form this ___4th___ day of May, 2009.


*Barbara B. Crabb*
BARBARA B. CRABB
United States District Judge


Judgment entered this ___5th___ day of May, 2009.

*Peter Oppeneer*
PETER OPPENEER
Clerk of Court